IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-CR-56 (WDO) |
| RICHARD CHARLES ALLEN, | **VIOLATION(S):** Drug Related |
| Defendant | |

## O R D E R

Defendant RICHARD CHARLES ALLEN this day appeared before the undersigned for a hearing on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** (Tab #196) filed by U. S. Probation Officer Amanda M. LaMotte on September 7, 2005. He was represented by Ms. Debra G. Gomez; the United States was represented by Assistant U. S. Attorney Charles L. Calhoun. Mr. Allen admitted the allegations set forth in the Petition, and the court heard from him, his counsel, government's counsel, and Ms. LaMotte on the issue of disposition.

Upon consideration of the foregoing, the undersigned finds that defendant Allen has violated conditions of pretrial release as set forth in the Petition, but further finds that he is taking steps to deal with what appears to be a very serious drug addiction problem. Accordingly, the motion to revoke the ORDER OF PRETRIAL RELEASE (Tab #36) is denied, and IT IS ORDERED AND DIRECTED that he be **CONTINUED ON PRETRIAL RELEASE** on the same conditions heretofore imposed upon him. The U. S. Probation Office is directed to monitor him more closely and to provide such assistance as is necessary and appropriate to deal with his drug dependency problem.

SO ORDERED AND DIRECTED, this 21st day of SEPTEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE