IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>RICHARD CHARLES ALLEN,<br><br>Defendant | NO.  5: 05-CR-56 (WDO)<br><br>RE:  VIOLATION OF CONDITIONS OF RELEASE |

## ORDER OF REVOCATION AND DETENTION

Defendant **RICHARD CHARLES ALLEN**, represented by legal counsel Ms. Debra G. Gomez of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer J. Allen Bell on March 30, 2006.  The government was represented by Assistant U.S. Attorney Charles L. Calhoun.  The defendant admitted the violations set forth in Mr. Bell's petition;  the court found him to be in violation of conditions of pretrial release imposed upon him on June 27, 2005. The undersigned finds that there is clear and convincing evidence that Mr. Allen failed to appear for drug testing on or about February 13, 17, 28, and March 16, 2006, as charged in the Petition, and that he is unlikely to abide by and condition or combination of conditions of release if returned to supervision.

Accordingly, **IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered June 27, 2005, be, and it is, **REVOKED** and that the defendant be **DETAINED**.  Defendant ALLEN is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 19th day of JUNE, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE