# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

RICHARD ALLEN

**NOTICE**

CASE NUMBER: 5:05-cr-56 (WDO)

TYPE OF CASE:

☐ **CIVIL**   X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States Courthouse<br>475 Mulberry Street<br>Macon, GA 31202 | Courtroom C, First Floor, Judge Wilbur D. Owens, Jr. |
| | DATE AND TIME<br>Thursday, June 22, 2006 @ 2:00 P.M. |

TYPE OF PROCEEDING

## RECONSIDERATION HEARING

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

GREGORY J. LEONARD, CLERK
CLERK OF COURT

Date Issued: July 20, 2006
DATE

Mary Rowe, Courtroom Deputy Clerk
(BY) DEPUTY CLERK

TO:   Charles Calhoun, AUSA
      Debra Gomez