# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA, MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>RICHARD CHARLES ALLEN | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number 5:05-CR-00056-001-WDO<br><br>USM Number: 92629-020<br><br>Debra G. Gomez<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 i/c/w 841(a)(1) & 841(b)(1)(B)(viii) | Conspiracy to Possess w/Intent to Distribute more than 50 grams of methamphetamine | 09/30/2004 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) .

☒ Count(s) 2, 3, and 5 are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material changes in economic circumstances.

August 16, 2006
Date of Imposition of Judgment

*[signature]*
Signature of Judge
WILBUR D. OWENS JR., United States District Judge

8-23-06
Date

Defendant delivered on 10/13/06 to
FCC Yazoo City, MS for service of federal sentence.
*[signature]*
for Warden, FCC Yazoo City

A true and certified copy,
This 8/23/2006
GREGORY J. LEONARD, CLERK
U.S. Dist. Court, MD Ga.
By: *[signature]*
DEPUTY CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 162 months.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this district:

　　☐ at　　☐ a.m.　　☐ p.m.　On

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10/13/06__ to __Yazoo City Med FCI__ at __Yazoo City MS__, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal