# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **STATE OF GEORGIA** | Case No:  5:05-CR-56(WDO) |
| vs. | Charges: 21 U.S.C. § 846 |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B)(viii) |
| | 21 U.S.C. § 853 |
| | 18 U.S.C. § 2 |

**RICHARD CHARLES ALLEN**
**Defendant**

---

## MOTION FOR RECONSIDERATION OF SENTENCE REDUCTION

**COMES NOW**, **RICHARD CHARLES ALLEN**, Defendant in the above-styled case, by and through his counsel of record, **Debra G. Gómez, Esq.**, the Gómez Law Group, and respectfully moves this Honorable Court to reconsider the reduction given to the defendant as a result of his Rule 35. As grounds for this request, Defendant respectfully shows the following:

1.

Defendant's Counsel has spoken with Lt. Lance Watson of the Warner Robins Police Department and he has authorized me to inform the court that the Defendant's assistance has had a substantial impact on his career as an officer. The information proved by the defendant led to over fifty (50) arrests and also helped clean up the community.

2.

The defendant went above and beyond the call of duty providing information against his closest friends whom he considered his family. The Defendant worked very closely with Lt. Lance Watson and was able to provide information to the following agencies including but not limited to, Athens Clarke County Drug Unit, Macon DEA,

Gomez Law Group
P.O. Box 13523
1469 Oglethorpe Street
Macon, GA 31208
Telephone: (478) 744-0905
Facsimile: (478) 738-9231

Jones County Sheriff.

3.

The information provided by the defendant has had a vast impact on numerous communities across Georgia. The information provided by the Defendant spanned from Warner Robins, GA all the way to Athens, GA.

**WHEREFORE**, Defendant respectfully requests that this "Motion for Reconsideration of Sentence Reduction" be granted and the court consider an additional decrease in the defendant's sentence.

                                              Respectfully Submitted,
**s/DEBRA G. GÓMEZ**
GA Bar No. 300509
Gomez Law Group
1469 Oglethorpe Street
Macon, GA 31208
Phone: 478-744-0905
Fax: 478-738-9231
E-Mail: dgomez@gomezlawgroup.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **STATE OF GEORGIA** | Case No: 5:05-CR-56(WDO) |
| vs. | Charges: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(viii)<br>21 U.S.C. § 853<br>18 U.S.C. § 2 |
| **RICHARD CHARLES ALLEN**<br>Defendant | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Calhoun
Assistant United States Attorney
300 Mulberry Street, Suite 400
Macon, GA 31201

Respectfully Submitted,
**s/DEBRA G. GÓMEZ**
Gomez Law Group
1469 Oglethorpe Street
Macon, GA 31208
Phone: 478-744-0905
Fax: 478-738-9231
E-mail: dgomez@gomezlawgroup.com
State Bar Number: 300509