**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| RICHARD CHARLES ALLEN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 5:09-CV-90042-HL<br>28 U.S.C. § 2255<br>CASE NO. 5:05-CR-56(HL) |

## ORDER

This case is before the Court on the Report and Recommendation (Doc. 478) ("R & R") of United States Magistrate Judge G. Mallon Faircloth on Petitioner Richard Charles Allen's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 460). The R & R recommends denying the Motion as being time-barred. Petitioner has filed an Objection (Doc. 479). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection, has made a de novo determination of the portions of the R & R to which Petitioner objects.

The Court, however, accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The R & R (Doc. 478) is adopted and made the order of this Court. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 19) is dismissed.

**SO ORDERED**, this the 30th day of July, 2009.

*s/   Hugh Lawson*

**HUGH LAWSON
UNITED STATES SENIOR JUDGE**

mbh